UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Jose Soto, et al.
                        Plaintiff,

v.                                             Case No.: 1:15−cv−04768
                                                Honorable Matthew F. Kennelly

Sky Union, LLC
                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 3, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties' joint motion to set a briefing schedule and for excess pages is granted, in part. Defendant's motion to dismiss is to be filed by 6/19/2015; plaintiffs' response is to be filed by 7/10/2015; defendant's reply is to be filed by 7/24/2015. Defendant's opening brief and plaintiffs' response brief may be up to 25 pages long. Defendant's reply is limited to 15 pages. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.