IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE SOTO, CHRISTINE EXELBY, and TANNER EASTMAN, individually and on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SKY UNION, LLC (d/b/a IGG.com), a Nevada limited liability company, <br><br> Defendant. | Case No. 15-cv-04768 <br><br> Judge Matthew F. Kennelly |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Sky Union, LLC hereby provides this Honorable Court with notice of the following supplemental authority relating to the pending Motion to Dismiss the First Amended Class Action Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* DEs 17, 18.) The recently decided case, also brought by Plaintiffs' counsel in this case, is persuasive authority for the primary argument advanced in the motion, namely that the state anti-gaming statutes at issue were directed toward *actual* gambling, not virtual videogames with fictional heroes and talents.

On October 21, 2015, the Court in *Mason v. Machine Zone, Inc.* granted defendant's motion to dismiss the putative class action with prejudice, finding that "[p]erceived unfairness in the operation and outcome *of a game*, where there are no real-world losses, harms, or injuries, does not and cannot give rise to the award of a private monetary remedy *by a real-world court*." *See Mason v. Machine Zone, Inc.*, No. 15-cv-01107, DE 34 at 1-2 (D. Md., Oct. 21, 2015) (dismissing with prejudice, *inter alia*, claims under Cal. Penal Code § 330b, the California UCL and unjust enrichment in part because "Plaintiff paid for the privilege of playing with

Defendant's in-game currency, and she got precisely what she bargained for."). The Court further "expresse[d] its disapproval of lawsuits—like this one—that strain and strain but in the end never credibly allege an injury." *Id*. at 17 n.20. The Court's slip opinion is attached hereto as Exhibit A.

DATED: October 21, 2015  Respectfully submitted,

/s/ David S. Almeida

David S. Almeida, Esq.
dalmeida@sheppardmullin.com
David M. Poell
dpoell@sheppardmullin.com
Mark S. Eisen
meisen@sheppardmullin.com
**SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone: (312) 499-6300
Facsimile: (312) 499-6301

*Counsel for Sky Union, LLC*

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** was served upon all interested parties using this Court's ECF filing system this 21th day of October, 2015.

                                          /s/ *David S. Almeida*